UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:16-mj-00658-NJK |
| vs. | ) | ORDER |
| DAVID COHEN, | ) | (Docket Nos. 15, 16, 17) |
| Defendant. | ) | |

Pending before the Court are Defendant's counsel's *ex parte* motion to withdraw as counsel, Docket No. 15; motion to withdraw the *ex parte* motion to withdraw as counsel, Docket No. 16; and sealed *ex parte* motion to withdraw as counsel, Docket No. 17.

The Court hereby GRANTS the motion to withdraw the *ex parte* motion to withdraw as counsel. Docket No. 16. The motion at Docket No. 15 is deemed withdrawn. Additionally, the Court sets the motion at Docket No. 17 for hearing on January 25, 2017, at 8:30 a.m. in courtroom 3D. Defendant and his counsel are required to be present in the courtroom at the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS.

IT IS SO ORDERED.

DATED: January 20, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge