# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DAVID COHEN, ) <br> ) <br> Defendant. ) | Case No. 2:16-mj-00658-NJK <br><br> ORDER <br><br> (Docket Nos. 25, 26) |

Pending before the Court are Defendant's motion to proceed *pro se* and motion for the Court to conduct a *Faretta* hearing. Docket Nos. 25 and 26.

The Court hereby GRANTS the motion to conduct a *Faretta* hearing. Docket No. 26. The *Faretta* canvass and the motion at Docket No. 25 are therefore set for hearing on March 8, 2017, at 10:00 a.m. in courtroom 3B. Defendant and his counsel are required to be present in the courtroom at the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS.

IT IS SO ORDERED.

DATED: March 1, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge