# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:16-mj-00658-NJK |
| vs. ) | ORDER |
| DAVID COHEN, ) | (Docket No. 30) |
| Defendant. ) | |

Pending before the Court is Defendant's second motion to proceed *pro se*. Docket No. 30.

The Court sets a hearing for on Defendant's motion for April 3, 2017, at 10:00 a.m. in courtroom 3D. Defendant and his counsel are required to be present in the courtroom at the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS.

IT IS SO ORDERED.

DATED: March 29, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge