# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:16-mj-00658-NJK |
| vs. | ) | |
| | ) | |
| DAVID COHEN, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |

On April 3, 2017, this Court granted Defendant's Motion to Proceed Pro Se. Docket no. 32. Defendant requested to have standby counsel appointed.

Accordingly, IT IS HEREBY ORDERED that **David R. Fischer, Esq.**, is APPOINTED as standby counsel for Defendant David Cohen for all future proceedings.

DATED this 3rd day of April, 2017.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE